Kurtis D. MacFerrin, California Bar No. 178006
Adam M. Tschop, California Bar No. 209767
Rip J. Finst, California Bar No. 234478
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, California 92008
Telephone: (760)603-7200
Facsimile: (760)602-6500

Attorneys for Plaintiff
Life Technologies Corporation

FILED
10 DEC 27 PM 4:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSEARCH TECHNOLOGIES INC.,<br><br>Defendant | Case No.: '10 CV 2665 DMS WVG<br><br>NOTICE OF PARTIES WITH FINANCIAL INTEREST |

Pursuant to Civil Local Rule 40.2 of the United States District Court, Southern District, California, counsel of record for LIFE TECHNOLOGIES CORPORATION ("Plaintiff"), hereby identify the following parties with a direct financial interest in the outcome of this case:

1. LIFE TECHNOLOGIES CORPORATION, the plaintiff herein;

2. BIOSEARCH TECHNOLOGIES INC., the defendant herein.

| | | |
|---|---|---|
| 1 | DATED: December 27, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Kurtis D. MacFerrin<br>KURTIS D. MACFERRIN |
| 4 | | *Attorneys for Plaintiff*<br>*Life Technologies Corporation* |