1  Kurtis D. MacFerrin Bar No. 178006
   Adam M. Tschop Bar. No. 209767
2  Rip Finst Bar No. 234478
   Cora Schmid Bar. No. 237267
3  LIFE TECHNOLOGIES CORPORATION
   5791 Van Allen Way
4  Carlsbad, CA 92008
   Telephone: (760) 603-7200
5  Facsimile: (760) 602-6500
   Email: kurtis.macferrin@lifetech.com
6         adam.tschop@lifetech.com
          rip.finst@lifetech.com
7         cora.schmid@lifetech.com

8  Attorneys for Plaintiff
   LIFE TECHNOLOGIES CORPORATION
9

10

11

12               UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14

15  | LIFE TECHNOLOGIES CORPORATION, | CASE NO. 10-CV-2665-DMS (WVG) |
    |---|---|
16  | Plaintiff, | **NOTICE OF APPEARANCE OF CORA SCHMID** |
17  | v. | |
18  | BIOSEARCH TECHNOLOGIES INC., | |
19  | Defendant | |
20

21
   TO THE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:
22
          NOTICE IS HEREBY GIVEN that Cora Schmid of Life Technologies Corporation
23
   hereby notes her appearance in the above-entitled action.
24
   ///
25
   ///
26
   ///
27
   ///
28
   NOTICE OF APPEARANCE OF CORA           -1-            10-CV-2665-DMS (WVG)
   SCHMID

Ms. Schmid's contact information is as follows:

> Life Technologies Corporation
> 5791 Van Allen Way
> Carlsbad, CA 92008
> Telephone:  (760) 603-7200
> Facsimile:   (760) 476-6048
> Email:  cora.schmid@lifetech.com

Dated:  January 20, 2011                                LIFE TECHNOLOGIES CORPORATION


/s/  Rip Finst
Rip Finst
rip.finst@lifetech.com
Attorney for Plaintiffs
LIFE TECHNOLOGIES CORPORATION