1  DANIEL JOHNSON, JR., State Bar No. 57409
   RITA E. TAUTKUS, State Bar No. 162090
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: djjohnson@morganlewis.com
5  E-mail: rtautkus@morganlewis.com

6  Attorneys for Defendant
   BIOSEARCH TECHNOLOGIES, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LIFE TECHNOLOGIES CORPORATION, | Case No. 10-CV-2665 DMS (WVG)
12 | Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING**
13 | vs. |
14 | BIOSEARCH TECHNOLOGIES INC., | [Fed.R.Civ.P. 6(b)(1)]
15 | Defendant. |

16

17     COME NOW THE PARTIES, Plaintiff Life Technologies Corporation ("Plaintiff"), by

18 and through its counsel, and Defendant Biosearch Technologies, Inc. ("Biosearch"), by and

19 through its counsel, and hereby jointly move the Court to extend the time for filing of

20 Defendant's responsive pleading.

21     Plaintiff served its complaint against Biosearch on January 12, 2011, alleging a claim for

22 patent infringement of United States Patent No. 7,160,997. The current deadline for Biosearch to

23 respond to the complaint is February 2, 2011.

24     Biosearch is in the process of evaluating the patent infringement allegations. Therefore,

25 the parties now jointly request that the Court extend the date upon which Defendant's responsive

26 pleading is due until March 4, 2011. The parties have not previously requested an extension of

27 time.

28     Based upon the foregoing, it is respectfully requested that the Court enter an order, under

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO    DB2/22161364.1                          JOINT MOT TO EXTEND TIME FOR FILING OF
                                                         RESPONSIVE PLDG (10-CV-2665 DMS (WVG))

1  Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendant's responsive pleading until
2  March 4, 2011.

3  Dated: January 21, 2011                          DANIEL JOHNSON, JR.
                                                    RITA E. TAUTKUS
4                                                   MORGAN, LEWIS & BOCKIUS LLP

6                                                   By /s/ Rita E. Tautkus
7                                                      Rita E. Tautkus
                                                       Attorneys for Defendant
8                                                      BIOSEARCH TECHNOLOGIES, INC.

9  Dated: January 21, 2011                          CORA SCHMID
                                                    LIFE TECHNOLOGIES CORPORATION
10

12                                                  By /s/ Cora Schmid
                                                       Cora Schmid
13                                                     Attorneys for Plaintiff
                                                       LIFE TECHNOLOGIES CORPORATION

15     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
16  Procedures of the United States District Court for the Southern District of California, I certify that
17  the content of this document is acceptable to counsel for the Plaintiff and that I have obtained
18  authorization from Cora Schmid to affix her electronic signature to this document.

20  Dated: January 21, 2011                         DANIEL JOHNSON, JR.
                                                    RITA E. TAUTKUS
21                                                  MORGAN, LEWIS & BOCKIUS LLP

23                                                  By /s/ Rita E. Tautkus
                                                       Rita E. Tautkus
24                                                     Attorneys for Defendant
                                                       BIOSEARCH TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2011, I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING

The participants listed below in the case whom are "active" registered CM/ECF users will be served by the CM/ECF system:

Kurtis D. MacFerrin
Adam M. Tschop
Rip Finst
Cora Schmid
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA  92008
Email: kurtis.macferrin@lifetech.com
       adam.tschop@lifetech.com
       rip.finst@lifetech.com
       cora.schmid@lifetech.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated:  January 21, 2011              /s/ Rita E. Tautkus
                                       Rita E. Tautkus

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22161364.1

3

JOINT MOT TO EXTEND TIME FOR FILING OF RESPONSIVE PLDG (10-CV-2665 DMS (WVG))