1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LIFE TECHNOLOGIES CORPORATION,

Plaintiff,

vs.

BIOSEARCH TECHNOLOGIES INC.,

Defendant.

Case No. 10-CV-2665 JAH (WVG)

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading, and good cause appearing, the Court HEREBY GRANTS the joint motion for extension of time.  Defendant shall have up to, and until, March 4, 2011 to file an answer or responsive pleading.

**IT IS SO ORDERED.**

Dated:  February 1, 2011

_____
John A. Houston
United States District Judge