KENNETH E. KELLER (SBN 71450) (kkeller@kksrr.com)
MICHAEL D. LISI (SBN 196974) (mlisi@kksrr.com)
TANYA I. WEI (SBN 240867) (twei@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

CORA LOUISE SCHMID (SBN 237267) (cora.schmid@lifetech.com)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Telephone:    (650) 638-6245
Facsimile:     (650) 638-6677

KURTIS D MACFERRIN (SBN 178006) (Kurtis.MacFarren@lifetech.com)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone:    (760) 603-7200
Facsimile:     (760) 602-6500

Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>             Plaintiff,<br><br>       vs.<br><br>BIOSEARCH TECHNOLOGIES, INC.,<br><br>             Defendant. | Case No.:  3:10-cv-02665 JAH (WVG)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Plaintiff LIFE TECHNOLOGIES CORPORATION hereby associates Kenneth E. Keller, Michael D. Lisi, and Tanya I. Wei of the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, 555 Montgomery Street, 17th Floor, San

1  Francisco, CA 94111, Telephone No. (415) 249-8330, Facsimile No. (415) 249-8333, as co-
2  counsel of record in this action.

3  Dated: February 14, 2011                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                               By: _____/s/Kenneth E. Keller_____
                                                   KENNETH E. KELLER
                                                   Attorneys for Plaintiff
                                                   LIFE TECHNOLOGIES CORPORATION