KENNETH E. KELLER (SBN 71450) (kkeller@kksrr.com)
MICHAEL D. LISI (SBN 196974) (mlisi@kksrr.com)
TANYA I. WEI (SBN 240867) (twei@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 249-8330
Facsimile: (415) 249-8333

KURTIS D. MACFERRIN (SBN 178006) (Kurtis.MacFerrin@lifetech.com)
CORA L. SCHMID (SBN 237267) (Cora.Schmid@lifetech.com)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200
Facsimile: (760) 602-6500

Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSEARCH TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 10-CV-2665 JAH (WVG)<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS**<br><br>[Fed. R. Civ. P. 6(b)(1)] |

THE PARTIES, Plaintiff Life Technologies Corporation ("Life Tech"), by and through its counsel, and Defendant Biosearch Technologies, Inc. ("Biosearch"), by and through its counsel, hereby jointly move the Court to extend the time for Life Tech to answer or otherwise respond to Biosearch's counterclaims.

Biosearch filed its counterclaims against Life Tech on March 4, 2011, alleging eight counterclaims. The current deadline for Life Tech to respond to Biosearch's counterclaims is March 25, 2011.

1  Life Tech is in the process of evaluating the counterclaim allegations.  Therefore, the
2  parties now jointly request that the Court extend the date upon which Life Tech shall answer or
3  otherwise respond by 30 days, until April 25, 2011.  The parties have previously requested and
4  been granted an extension of time for Biosearch to respond to Life Tech's complaint.  (Docket
5  Nos. 10-11.)
6  Based upon the foregoing, it is respectfully requested that the Court enter an order, under
7  Fed. R. Civ. P. 6(b)(1), expanding the time for Life Tech to answer or otherwise respond to
8  Biosearch's counterclaims until April 25, 2011.

Dated:  March 10, 2011

CORA L. SCHMID
LIFE TECHNOLOGIES CORPORATION

By   /s/ Cora L. Schmid
Cora L. Schmid
Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION

Dated:  March 10, 2011

DANIEL JOHNSON, JR.
RITA E. TAUTKUS
MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Rita E. Tautkus
Rita E. Tautkus
Attorneys for Defendant
BIOSEARCH TECHNOLOGIES, INC.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that I have obtained authorization from Rita E. Tautkus to affix her electronic signature to this document.

Dated:  March 10, 2011

CORA L. SCHMID
LIFE TECHNOLOGIES CORPORATION

By  /s/ Cora L. Schmid
Cora L. Schmid
Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING

The individuals listed below are "active" registered CM/ECF users in this case, and will be served by the CM/ECF system:

> Rita E. Tautkus
> Morgan Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126
> (415) 442-1000
> Email: rtautkus@morganlewis.com
>
> Daniel Johnson, Jr.
> Morgan Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> (415) 442-1392
> Email: djjohnson@morganlewis.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated: March 10, 2011                         /s/ Cora L. Schmid
                                              Cora L. Schmid