KENNETH E. KELLER (SBN 71450) (kkeller@kksrr.com)
MICHAEL D. LISI (SBN 196974) (mlisi@kksrr.com)
TANYA I. WEI (SBN 240867) (twei@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

KURTIS D MACFERRIN (SBN 178006) (Kurtis.MacFarren@lifetech.com)
CORA LOUISE SCHMID (SBN 237267) (cora.schmid@lifetech.com)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone:     (760) 603-7200
Facsimile:     (760) 602-6500

Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSEARCH TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.:  3:10-cv-02665 JAH (WVG)<br><br>**PLAINTIFF LIFE TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANT BIOSEARCH TECHNOLOGIES, INC.**<br><br>**Hearing Date: June 20, 2011**<br>**Time: 2:30 p.m.**<br>**Courtroom: 11**<br>**Judge: John A. Houston** |

1

PLAINTIFF LIFE TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND
MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANT BIOSEARCH TECHNOLOGIES, INC.
CASE NO. 3:10-cv-02665 JAH (WVG)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 20, 2011 at 2:30 P.M., or as soon thereafter as counsel may be heard in the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900 in Courtroom 11, Plaintiff Life Technologies Corporation will and hereby does move this Court to dismiss the state law counterclaims (the First through Fifth Counterclaims) filed by Defendant and Counterclaimant Biosearch Technologies, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion will be made on the grounds that good cause exists for said order to issue, and is based upon this Notice, the Memorandum of Points and Authorities and Request for Judicial Notice filed herewith, and the pleadings and records on file in this case, and upon such other oral and documentary evidence and argument as may be presented to the Court at the time of the hearing of this Motion.

Dated: April 25, 2011                     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/Kenneth E. Keller_____
KENNETH E. KELLER
Attorneys for Plaintiff
LIFE TECHNOLOGIES CORPORATION