# EXHIBIT C

CIV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Daniel Johnson, Jr., SBN 57409<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel. 415.442.1000, Fax 415.442.1001<br>Email: djjohnson@morganlewis.com | (415) 442-1000 | |
| ATTORNEY FOR (Name): Biosearch Technologies, Inc. | | |

Insert name of court and name of judicial district and branch court, if any:
Superior Court of California, County of San Diego

PLAINTIFF/PETITIONER: Biosearch Technologies, Inc.

DEFENDANT/RESPONDENT: Life Technologies Corporation

| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other (specify): Breach of Contract | CASE NUMBER:<br>37-2010-00103944-CU-BC-CTL |
|---|---|

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the Request for Dismissal. *(Attach a copy completed by the clerk.)*

Date: March 14, 2011

Daniel Johnson, Jr.
(TYPE OR PRINT NAME OF  ☒ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)            (SIGNATURE)

## PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:
   Morgan, Lewis & Bockius LLP
   One Market, Spear Street Tower, San Francisco, CA 94105

2. ☒ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☒ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: March 14, 2011
   d. Place of deposit *(city and state)*: San Francisco, CA
   e. Addressed as follows *(name and address)*:
      Stephen L. Porter
      Whitehead & Porter LLP
      220 Montgomery Street, Suite 1850, San Fancisco, CA 94104

3. ☐ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by personally delivering copies to the person served as shown below:
   Name:                    Date:         Time:        Address:

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2011

Mary Jensen
(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-120 [Rev. January 1, 2007] | NOTICE OF ENTRY OF DISMISSAL<br>AND PROOF OF SERVICE | Legal Solutions Plus | Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390 |

C28

FROM                                                    (THU)MAR 10 2011 12:36/ST. 12:31/No. 7522531100 P 2

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>DANIEL JOHNSON, JR., SBN 57409<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>TELEPHONE NO.: 415.442.1000   FAX NO. (Optional): 415.442.1001<br>E-MAIL ADDRESS (Optional): djjohnson@morganlewis.com<br>ATTORNEY FOR (Name): Plaintiff Biosearch Technologies, Inc. | FOR COURT USE ONLY<br><br>FILED<br>CIVIL BUSINESS OFFICE 17<br>CENTRAL DIVISION<br><br>11 MAR -4 PM 2:56<br><br>SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Biosearch Technologies, Inc.<br>DEFENDANT/RESPONDENT: Life Technologies Corporation | **VIA FAX** |
| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle  ☐ Other<br>☐ Family Law   ☐ Eminent Domain<br>☑ Other (specify): Breach of Contract | CASE NUMBER:<br>37-2010-00103944-CU-BC-CTL |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☑ Complaint         (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                              on (date):
      (4) ☐ Cross-complaint filed by (name):                              on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   ☐ Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: March 4, 2011

Daniel Johnson, Jr.
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                 ▶ (signature)
*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                 ▶ (signature)
**If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

(To be completed by clerk)
4. ☑ Dismissal entered as requested on (date): MAR 04 2011
5. ☐ Dismissal entered on (date):                              as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☑ Attorney or party without attorney notified on (date): MAR 08 2011
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: MAR 08 2011                    Clerk, by   B. FOLLIS   , Deputy

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. July 1, 2009]    **REQUEST FOR DISMISSAL**    Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov

C29