## EXHIBITS

| Exhibit | Page No(s). |
|---|---|
| Exhibit A | 1-2 |
| Exhibit B | 3-4 |
| Exhibit C | 5-51 |
| Exhibit D | 52-89 |
| Exhibit E | 90-128 |