# EXHIBIT A

# BIOSEARCH TECHNOLOGIES, INC.

## BIOSEARCH TECHNOLOGIES, INC. COMPREHENSIVE LIMITED USE AGREEMENT

### Black Hole Quencher®, CAL Fluor® & Quasar Dyes®[1] Limited Use Agreement

The BHQ®, CAL Fluor® and Quasar® dyes and products incorporating them are to be used for research & development purposes only and may not be used for any commercial, clinical, *in vitro* diagnostic or other use.

Products incorporating these dyes are subject to the proprietary world-wide rights of Biosearch Technologies, Inc. and are made and sold under license from Biosearch Technologies, Inc. There is no implied license for commercial use with respect to the Products and a license must be obtained directly from Biosearch Technologies, Inc. with respect to any proposed commercial use of the Products.

"Commercial Use" includes but is not limited to the sale, lease, license or other transfer of the products or any material derived there from; the sale, lease, license or other grant of rights to use the Products or any material derived or produced from them, or the use of the Products to perform services for a fee for third parties (including fee for service or contract research). Please forward all licensing inquires to licensing@biosearchtech.com.

___

### BHQ*plus*™ Probes[2] Limited Use Agreement

This product is covered by patents or patents pending owned by Biosearch Technologies, Inc. and Isis Pharmaceuticals, Inc. ("Isis"). Purchase of this product includes a limited license to use this product solely for internal research and development. This license specifically excludes (and you have no right to use this product for):

(a) therapeutic or diagnostic applications (including products or services that incorporate this product),
(b) any *in vivo* toxicity/safety study in support of an investigational new drug application (or foreign counterpart),
(c) resale (including sale of any products or services that incorporate this product), or
(d) gene functionalization activities (including products or services that incorporate data derived from gene functionalization activities) if such activities have commercial application, any and all of which require a separate license from Isis.

NEITHER THIS PRODUCT NOR ANY PRODUCT CREATED THROUGH ITS USE MAY BE USED IN HUMAN CLINICAL TRIALS.

In the event you have separate agreements with Isis Pharmaceuticals regarding this product which explicitly state that the foregoing is not applicable to you, your use of this product will be governed by the terms of such agreements. In no event does the limited license included with the purchase of this product expand or alter the scope of the license granted pursuant to such agreement.

___

### Biosearch Oligonucleotide Products for Non-Coding Analysis Limited Use Agreement

BTI has been granted a worldwide license to manufacture and distribute oligos, probes and primers for non-commercial research use only (RUO) covered under patents owned by Genetic Technologies Limited (GTG). The GTG patents[3] pertain to methods and processes relating to non-coding regions of all genomes. The GTG license includes Single Nucleotide Polymorphisms (SNP) genotyping and allelic discrimination for RUO.

All Oligonucleotide Products bought from Biosearch (or a Biosearch agent) and used for analysis of non-coding regions, are covered under the GTG non-coding DNA IP for non-commercial research use only (RUO). These Products may not be used for any commercial, clinical, *in vitro* diagnostic or any other non-RUO use. For Product use outside the RUO field, a license must be obtained directly from Genetic Technologies Limited.

___

[1] "Black Hole Quencher", "BHQ", "CAL Fluor" and "Quasar" are fully registered trademarks of Biosearch Technologies, Inc., Novato, California. The BHQ technology is protected by U.S. Patent No. 7,019,129. The CAL Fluor and Quasar technologies are covered by U.S. Patent Applications No. US2005/0170363A1 and US2005/02148343A1 respectively.
[2] BHQ*plus*™ Probes are sold for research use only under agreement with Isis Pharmaceuticals, Inc. of Carlsbad, CA.
[3] The Non-Coding Patents include: US Patent No. 5,789,568; US Patent No. 5,192,659; US Patent No. 5,612,179; US Patent No. 5,851,762; and Foreign counterparts.

800-GENOME1; (415) 883-8400　　　81 Digital Drive　　　E-mail: info@biosearchtech.com
FAX: (415) 883-8488　　　Novato, CA 94949　　　www.biosearchtech.com

Exhibit Page 2