# EXHIBIT B

Oligonucleotides

# Influenza A (H1N1) Primer and Probe Set (Cat. no. A11400)

The Influenza A (H1N1) Primer and Probe Set contains the 12 primers and probes listed below. These primers and probes match the WHO/CDC Protocol titled "CDC protocol of realtime RTPCR for swine Influenza A(H1N1)" and "28 April 2009 revision 1 (30 April 2009)".

| Primers and probes | Sequence (5' → 3') | Concentration | Quantity |
| --- | --- | --- | --- |
| InfA Forward | GAC CRA TCC TGT CAC CTC TGA C | 40 µM | 10 nmol |
| InfA Reverse | AGG GCA TTY TGG ACA AAK CGT CTA | 40 µM | 10 nmol |
| InfA Probe[1] | TGC AGT CCT CGC TCA CTG GGC ACG | 10 µM | 2.5 nmol |
| SW InfA Forward | GCA CGG TCA GCA CTT ATY CTR AG | 40 µM | 10 nmol |
| SW InfA Reverse | GTG RGC TGG GTT TTC ATT TGG TC | 40 µM | 10 nmol |
| SW InfA Probe[2] | CYA CTG CAA GCC CA"T" ACA CAC AAG CAG GCA | 10 µM | 2.5 nmol |
| SW H1 Forward | GTG CTA TAA ACA CCA GCC TYC CA | 40 µM | 10 nmol |
| SW H1 Reverse | CGG GAT ATT CCT TAA TCC TGT RGC | 40 µM | 10 nmol |
| SW H1 Probe[2] | CA GAA TAT ACA "T"CC RGT CAC AAT TGG ARA A | 10 µM | 2.5 nmol |
| RnaseP Forward | AGA TTT GGA CCT GCG AGC G | 40 µM | 10 nmol |
| RnaseP Reverse | GAG CGG CTG TCT CCA CAA GT | 40 µM | 10 nmol |
| RnaseP Probe[1] | TTC TGA CCT GAA GGC TCT GCG CG | 10 µM | 2.5 nmol |

1. TaqMan® probes are labeled at the 5'-end with the reporter molecule 6-carboxyfluorescein (FAM) and with the quencher Blackhole Quencher (BHQ1) (Biosearch Technologies, Inc., Novato, CA) at the 3' end.
2. TaqMan® probes are labeled at the 5'-end with the reporter molecule 6-carboxyfluorescein (FAM) and quenched internally at a modified "T" residue with BHQ1, with a modified 3'-end to prevent probe extension by Taq polymerase

This product is not for sale or use in the United States.

TaqMan® is a registered trademark owned by Roche and licensed exclusively to Applied Biosystems in the research related fields.

Practice of the patented 5' Nuclease Process requires a license from Applied Biosystems. The purchase of the Influenza A (H1N1) Primer and Probe Set includes an immunity from suit under patents specified in the product insert to use only the amount purchased for the purchaser's own internal research when used with the separate purchase of an Authorized 5' Nuclease Core Kit. No other patent rights are conveyed expressly, by implication, or by estoppel. For further information on purchasing licenses contact the Director of Licensing, Applied Biosystems, 850 Lincoln Centre Drive, Foster City, California 94404, USA.

**NOTICE TO PURCHASER: LIMITED LICENSE**

A license to perform the patented 5' Nuclease Process for research is obtained by the purchase of (i) both Licensed Probe and Authorized 5' Nuclease Core Kit, (ii) a Licensed 5' Nuclease Kit, or (iii) license rights from Applied Biosystems.

The Influenza A (H1N1) Primer and Probes Set contains Licensed Probe. Use of this product is covered by one or more of the following US patents and corresponding patent claims outside the US: 5,538,848, 5,723,591, 5,876,930, 6,030,787, 6,258,569, and 5,804,375 (claims 1-12 only). The purchase of this product includes a limited, non-transferable immunity from suit under the foregoing patent claims for using only this amount of product for the purchaser's own internal research. The right to use this product in the 5' Nuclease Process under the applicable claims of US Patents Nos. 5,210,015 and 5,487,972, and corresponding patent claims outside the United States, can be obtained through purchase of an Authorized 5' Nuclease Core Kit. Except under separate license rights available from Applied Biosystems, no right under any other patent claim, or to perform commercial services of any kind, including without limitation reporting the results of purchaser's activities for a fee or other commercial consideration, or to sublicense, repackage with other products, or resell in any form, is conveyed expressly, by implication, or by estoppel. This product is for research use only. Diagnostic uses under Roche patents require a separate license from Roche. Further information on purchasing licenses may be obtained from the Director of Licensing, Applied Biosystems, 850 Lincoln Centre Drive, Foster City, California 94404, USA.



www.invitrogen.com

For research use only. Not intended for any animal or human therapeutic or diagnostic use, unless otherwise stated.
© 2009 Life Technologies Corporation. All rights reserved. The trademarks mentioned herein are the property of Life Technologies Corporation or their respective owners. TaqMan is a registered trademark of Roche Molecular Systems, Inc. These products may be covered by one or more Limited Use Label Licenses (see Invitrogen catalog or www.invitrogen.com). By use of these products you accept the terms and conditions of all applicable Limited Use Label Licenses. F-085513 0509