DANIEL JOHNSON, JR., State Bar No. 57409
RITA E. TAUTKUS, State Bar No. 162090
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Defendant and Counterclaimant
BIOSEARCH TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> BIOSEARCH TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 10-CV-2665 JAH (WVG) <br><br> **CERTIFICATE OF SERVICE** <br><br> The Honorable John A. Houston |
| BIOSEARCH TECHNOLOGIES, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> LIFE TECHNOLOGIES CORP. <br><br> Counterclaim-Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22253902.1

CERTIFICATE OF SERVICE, CASE NO. 10-CV-2665 JAH (WVG )

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**FIRST AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIMS**

The participants listed below in the case who are "active" registered CM/ECF users will be served by the CM/ECF system:

Cora Louise Schmid
Life Technologies Corporation
850 Lincoln Centre Drive
Foster City, CA  94404
Email: cora.schmid@lifetech.com

Kenneth E. Keller
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Email: kkeller@kksrr.com

Kurtis D. MacFerrin
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA  92008
Email: kurtis.macferrin@lifetech.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated:  May 16, 2011

_____
Barry Roth