KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
TANYA I. WEI (SBN 240867) twei@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:    (415) 249-8330
Facsimile:     (415) 249-8333

KURTIS D. MACFERRIN (SBN 178006) kurtis.macfarren@lifetech.com
CORA LOUISE SCHMID (SBN 237267) cora.schmid@lifetech.com
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA  92008
Telephone:    (760) 603-7200
Facsimile:     (760) 602-6500

Attorneys for Plaintiff and Counterclaim-Defendant
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSEARCH TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.:  3:10-cv-02665 JAH (MDD)<br><br>**NOTICE OF WITHDRAWAL OF MOTION**<br><br>**Courtroom:  11**<br>**Judge:  John A. Houston** |
| BIOSEARCH TECHNOLOGIES, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>Counterclaim-Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-7(e) and the directive of this Court's clerk, Plaintiff and Counterclaim-Defendant LIFE TECHNOLOGIES CORPORATION ("Life Technologies") hereby withdraws without prejudice its Motion to Dismiss Counterclaims of Defendant and Counterclaimant BIOSEARCH TECHNOLOGIES, INC. (Dkt. No. 18), which was filed on April 25, 2011, and was scheduled for hearing on Monday, June 20, 2011 at 2:30 p.m. in Courtroom 11.  That Motion was directed to the original Answer to Complaint and Counterclaims (Dkt. No. 13) in this matter, which was subsequently superseded by Biosearch's First Amended Answer to Complaint and Counterclaims (Dkt No. 22), filed on May 16, 2011.  Life Technologies is concurrently filing its Motion to Dismiss First Amended Counterclaims, which will be set for hearing on August 8, 2011.

Dated:  May 31, 2011                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:  /s/Kenneth E. Keller
KENNETH E. KELLER
Attorneys for Plaintiff and Counterclaim-Defendant
LIFE TECHNOLOGIES CORPORATION