KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
TANYA I. WEI (SBN 240867) twei@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

KURTIS D MACFERRIN (SBN 178006) kurtis.macfarren@lifetech.com
CORA LOUISE SCHMID (SBN 237267) cora.schmid@lifetech.com
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone:    (760) 603-7200
Facsimile:    (760) 602-6500

Attorneys for Plaintiff and Counterclaim Defendant
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSEARCH TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 3:10-cv-02665 JAH (MDD)<br><br>**PLAINTIFF LIFE TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT BIOSEARCH TECHNOLOGIES, INC.' FIRST AMENDED COUNTERCLAIMS** |
| BIOSEARCH TECHNOLOGIES, INC.,<br><br>Counterclaimaint,<br><br>vs.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>Counterclaim-Defendant. | **Hearing Date: August 8, 2011**<br>**Time: 2:30 p.m.**<br>**Courtroom: 11**<br>**Judge: Hon. John A. Houston** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT on August 8, 2011 at 2:30 p.m., or as soon thereafter as counsel may be heard in the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900 in Courtroom 11, Plaintiff and Counterclaim-Defendant Life Technologies Corporation will and hereby does move this Court to dismiss the amended state law counterclaims (the First through Fifth Counterclaims) filed by Defendant and Counterclaimant Biosearch Technologies, Inc., (Dkt. No. 22), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

    This Motion will be made on the grounds that good cause exists for said order to issue, and is based upon this Notice, the Memorandum of Points and Authorities and Request for Judicial Notice filed herewith, and the pleadings and records on file in this case, and upon such other oral and documentary evidence and argument as may be presented to the Court at the time of the hearing of this Motion.

Dated: May 31, 2011          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: /s/Kenneth E. Keller
KENNETH E. KELLER
Attorneys for Plaintiff and Counterclaim-Defendant
LIFE TECHNOLOGIES CORPORATION