DANIEL JOHNSON, JR., State Bar No. 57409
RITA E. TAUTKUS, State Bar No. 162090
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Defendant and Counterclaimant
BIOSEARCH TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> BIOSEARCH TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 10-CV-2665 JAH (MDD) <br><br> **BIOSEARCH TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |
| BIOSEARCH TECHNOLOGIES, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> LIFE TECHNOLOGIES CORP. <br><br> Counterclaim-Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22461444.1                                                                                      10cv2665 JAH (MDD)

1	Defendant and Counterclaimant Biosearch Technologies, Inc. ("Biosearch") hereby
2	applies *ex parte* to the Court to reschedule the Early Neutral Evaluation ("ENE") currently
3	scheduled for June 20, 2011 before the Honorable Mitchell D. Dembin, United States Magistrate
4	Judge.
5	Counsel for the parties have conferred regarding this application. Declaration of Daniel
6	Johnson, Jr. in support of *Ex Parte* Application ("Johnson Decl."), ¶ 2. Plaintiff and
7	Counterclaim Defendant Life Technologies, Inc. ("Life Tech") does not oppose this application.
8	The Court originally set an Early Neutral Evaluation in this matter for April 29, 2011 at
9	9:00 a.m. before United States Magistrate Judge William V. Gallo (Dkt. No. 15). On April 27,
10	2011, the Court *sua sponte* rescheduled the date for the ENE to June 1, 2011, at 9:00 a.m. (Dkt.
11	No. 20). On April 29, 2011, this case was transferred from the calendar of the Honorable William
12	V. Gallo to the calendar of the Honorable Mitchell D. Dembin (Dkt. No. 21) and on May 23,
13	2011, the Court rescheduled the date for the ENE to June 20, 20111 at 2:30 p.m. (Dkt. No. 23).
14	However, on that date, and from the dates of June 20 through 29, Biosearch President and CEO,
15	Dr. Ronald Cook, is scheduled to be on a pre-planned family vacation. Johnson Decl., ¶ 3.
16	Further, lead trial counsel for Biosearch is set for a three-week trial in the Eastern District
17	of Virginia that begins July 12. Johnson Decl., ¶ 4. This will require travel to Virginia no later
18	than July 7. *Id*. In addition, Biosearch and Life Tech are scheduled for a claim construction
19	hearing on August 23, 2011, in the Eastern District of Texas in another patent infringement
20	lawsuit brought by Life Tech and Applied Biosystems, LLC against Biosearch and other
21	defendants. Johnson Decl., ¶ 5. This will require related travel to and from Marshall, Texas on
22	August 22 and August 24. *Id*.
23	Life Tech and its counsel are also not available on the following dates due to pre-planned
24	travel and court hearings: June 6, 10, 15-16; July 4-8, 11, 14, 18, 21; August 1-12 and 23.
25	Should the Court schedule the ENE for September 2011, Dr. Cook cannot attend
26	September 2-9. Johnson Decl., ¶ 6.
27	Based upon the foregoing, Biosearch respectfully applies to the Court to reschedule the
28	ENE from June 20, 2011, to a date available on the Court's calendar after August 12 (excluding

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  August 22-24 and September 2-9).  Alternatively, the parties will be available for a conference
2  call with the Court's clerk to reset the ENE in light of the calendars of the parties and the
3  Honorable Magistrate Judge Dembin.

4  Dated:  June 1, 2011                              Respectfully submitted,

5                                                    MORGAN, LEWIS & BOCKIUS LLP

7                                                    By s/ Rita E. Tautkus
                                                        Rita E. Tautkus
8                                                       Attorneys for Defendant and
                                                        Counterclaimant
9                                                       BIOSEARCH TECHNOLOGIES, INC.
                                                        E-mail:  rtautkus@morganlewis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2011, I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**BIOSEARCH TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**

**DECLARATION OF DANIEL JOHNSON, JR. IN SUPPORT OF BIOSEARCH TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**

The participants listed below in the case whom are "active" registered CM/ECF users will be served by the CM/ECF system:

Cora Louise Schmid
Life Technologies Corporation
850 Lincoln Centre Drive
Foster City, CA  94404
Email: cora.schmid@lifetech.com

Kenneth E. Keller
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Email: kkeller@kksrr.com

Kurtis D. MacFerrin
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA  92008
Email: kurtis.macferrin@lifetech.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated:  June 1, 2011                                    s/ Mary Jensen
                                                                    Mary Jensen