# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORP.,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>BIOSEARCH TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 10cv2665-JAH (MDD)<br><br>ORDER FOR **TELEPHONIC** EARLY NEUTRAL EVALUATION CONFERENCE (Doc. No. 27) |

　　On June 1, 2011, the Court received an Ex Parte Application to Reschedule Early Neutral Evaluation Conference ("ENE") currently set for June 20, 2011. (Doc.No. 27). [1] After considering the joint request and reviewing the docket the Court finds good cause to hold the ENE **telephonically** on **June 20, 2011, at 2:00 p.m.** Counsel are required to participate. Parties are not required to particpate. **Counsel for Plaintiff is instructed to initiate the joint call to the Court at 619-446-3972 or to arrange a conference call and provide to all parties a call-in number no later than 5:00 p.m. on June 17, 2011.**

　　IT IS SO ORDERED.

DATED: June 14, 2011

　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

[1] Counsel for Plaintiff indicates Defendant does not oppose the request.