KENNETH E. KELLER (SBN 71450)
kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974)
mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

BRADFORD PAUL SCHMIDT (SBN 174440)
bradford.schmidt@lifetech.com
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone:  (760) 603-7200
Facsimile: (760) 476-6048
bradford.schmidt@lifetech.com

Attorneys for Plaintiff and
    Counterclaim-Defendant
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 10-CV-2665 JAH (MDD)<br><br>NOTICE OF DISASSOCIATION OF COUNSEL |

**TO THIS COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Kurtis D. MacFerrin, Esq. and Cora L. Schmid, Esq., of Life Technologies Corporation, 5791 Van Allen Way, Carlsbad, CA 92008, hereby disassociate

1  themselves as attorneys of record for Plaintiff Life Technologies Corporation.  Please remove
2  them from your proofs of service.
3       PLEASE TAKE FURTHER NOTICE that electronic notifications directed to Kurtis D.
4  MacFerrin and Cora L. Schmid relating to this action should be terminated.
5       Bradford Paul Schmidt, Esq., of Life Technologies Corporation, and Kenneth E Keller,
6  Esq., of KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP, shall remain as attorneys of
7  record for Plaintiff.

9  Dated:  September 30, 2011            LIFE TECHNOLOGIES CORPORATION

                                         By  /s/ Bradford Paul Schmidt
                                             Bradford Paul Schmidt
                                             Attorneys for Plaintiff
                                             LIFE TECHNOLOGIES CORPORATION

*Case No. 10-CV-2665-JAH (MDD)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I caused to be electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

NOTICE OF DISASSOCIATION OF COUNSEL

The participants listed below in the case are "active" registered CM/ECF users and will be served by the CM/ECF system:

> Rita E. Tautkus
> Morgan Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126
> (415) 442-1000
> Email: rtautkus@morganlewis.com
>
> Daniel Johnson, Jr.
> Morgan Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> (415) 442-1392
> Email: djjohnson@morganlewis.com

Dated:   September 30, 2011                         LIFE TECHNOLOGIES CORPORATION

By   /s/ Bradford P. Schmidt
     Bradford P. Schmidt
     Attorneys for Plaintiff
     LIFE TECHNOLOGIES CORPORATION